**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AVIVA LIFE & ANNUITY COMPANY, an Iowa Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DESIGNLIFE INSURANCE SERVICES, LLC, a California limited liability company; KAZIMIR PATELSKI, an individual, GLENDA SMITH-LEE, an individual; NAPOLEON B. KINNEY, an individual; CHERALYNNE BRIDGEWATER, an individual; CANDICE H. HOBDY, an individual; RENE WILLIAMS, an individual; WILSHIRE COAST CONSULTANTS, INC., individually and in its capacity and Trustee and Owner of one hundred nineteen life insurance policies; RICHARD C. HUITT, an individual; CITADEL URBAN DEVELOPMENT FOUNDATION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. CV 11-02546-SVW(SSx)<br><br>Honorable Stephen V. Wilson<br>Courtroom 6<br><br>**JUDGMENT IN FAVOR OF AVIVA LIFE & ANNUITY COMPANY AND AGAINST RICHARD C. HUITT**<br><br>Complaint Filed: March 25, 2011 |

1   This action, as it pertains to Defendant Richard C. Huitt, having come before the
2   Court on Plaintiff Aviva Life & Annuity Company's Motion for Entry of Default
3   Judgment, the issues having been duly heard and considered, and an order granting
4   said Motion having been entered on November 14, 2012,

5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be
6   entered for Aviva Life & Annuity Company and against Defendant Richard C. Huitt in
7   the amount of $2,628,106.00.

9   DATED: May 15, 2013

_____
The Honorable Stephen V. Wilson
United States District Court Judge